IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RENE BURTON-LARA, | ) | |
| | ) | |
| Movant, | ) | NO. 3:08-0937 |
| | ) | JUDGE HAYNES |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Movant's motion to vacate is **DENIED**. Movant has thirty (30) days from the date of this Order to file his application for a Certificate of Appealability.

It is so **ORDERED**.

**ENTERED** this the 30th day of September, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge